UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mistelle S.,

        Plaintiff,

v.

Andrew Saul,
Commissioner of Social Security,

        Defendant.

Civil No. 19-cv-1153 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's Motion for Summary Judgment [Doc. No. 12] is **DENIED**; and
3. Defendant's Motion for Summary Judgment [Doc. No. 14] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 19, 2020                    s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge